IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES STURGILL, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-1195 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| ACTING COMMISISONER OF | : | |
| SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 23rd day of August, 2016, upon consideration of the Objections of Charles Sturgill, (Dkt No. 14), to the Report and Recommendation ("R&R") from the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, (Dkt No. 13), and the Acting Commissioner of the Social Security Administration's Response, (Dkt No. 16), and upon *de novo* review, it is hereby ORDERED that:

1. Plaintiff's Objections are OVERRULED;
2. The R&R is APPROVED AND ADOPTED;
3. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.